```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 20672
   MARY WALLS
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3998

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 05/27/2004 and was confirmed 07/21/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  10.00%.

      The case was paid in full 01/26/2009.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID           PAID
-------------------------------------------------------------------------------
RESURGENT ACQUISITION LL  SECURED          5850.00         1268.64        5850.00
RESURGENT ACQUISITION LL  UNSECURED        4354.03            .00          435.40
CENTURY LIQUIDATION INC   UNSECURED         901.43            .00           90.14
HSBC AUTO FINANCE         UNSECURED       11385.23            .00         1138.52
HSBC AUTO FINANCE         UNSECURED            .00            .00             .00
PETER FRANCIS GERACI      DEBTOR ATTY     2,700.00                       2,700.00
TOM VAUGHN                TRUSTEE                                          706.12
DEBTOR REFUND             REFUND                                           181.11

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE               12,369.93

PRIORITY                                            .00
SECURED                                         5,850.00
    INTEREST                                    1,268.64
UNSECURED                                       1,664.06
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                              706.12
DEBTOR REFUND                                     181.11
                       --------------        --------------
TOTALS                 12,369.93              12,369.93
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                               /s/ Tom Vaughn

Dated: 03/10/09                 _____
                                              TOM VAUGHN
                                              CHAPTER 13 TRUSTEE